ADLER v. INSURANCE CO.

No. 45 PC.

Case below: 10 N.C. App. 720.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 12 May 1971.


CABLE v. OIL CO.

No. 49 PC.

Case below: 10 N.C. App. 569.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 12 May 1971.


JERNIGAN v. STATE

No. 43 PC.

Case below: 10 N.C. App. 562.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 12 May 1971.


LEGGETT v. R. R. Co.

No. 51 PC.

Case below: 10 N.C. App. 681.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 12 May 1971.


LONG v. METHODIST HOME

No. 32 PC.

Case below: 10 N.C. App. 534.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 4 May 1971.